IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**SAVINA R. WHITNEY,**                           **3:10-CV-01403-BR**

      **Plaintiff,**                         **JUDGMENT OF REMAND**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

      **Defendant.**

**BROWN, Judge.**

    Based on the Court's Order (#25) issued March 1, 2012, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

    DATED this 1st day of March, 2012.

                                              /s/ Anna J. Brown

                                        ANNA J. BROWN
                                        United States District Judge

1 - JUDGMENT OF REMAND