WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
   Attorney for Plaintiff


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


**SAVINA WHITNEY,**                                Case No. 3:10-cv-1403-HU

    Plaintiff,

vs.                                                                ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

A supplemental award of attorney fees in the amount of $1,113.87 is hereby granted to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Subject to offset under the Treasury Offset Program (if any), the check shall be sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

    DATED this 18th day of December, 2012.

                                          /s/ Ancer Haggerty
                                        United States District Judge

Submitted by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
   Attorney for Plaintiff

ORDER - Page 1