WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
　Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **SAVINA WHITNEY,** | Case No. 3:10-cv-1403-HU |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security,** | |
| Defendant. | |

A supplemental award of attorney fees in the amount of $1,113.87 is hereby granted to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Subject to offset under the Treasury Offset Program (if any), the check shall be sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

DATED this 18th day of December, 2012.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States District Judge

Submitted by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
　Attorney for Plaintiff

ORDER - Page 1